No. 179, Misc.   BROWN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   Sup. Ct. Fla.   Certiorari denied.   *Earl Faircloth,* Attorney General of Florida, and *J. Christian Meffert,* Assistant Attorney General, for respondent.

No. 467, Misc.   SIMS *v.* LANE, WARDEN.   C. A. 7th Cir.   Certiorari denied.   *Theodore L. Sendak,* Attorney General of Indiana, and *William F. Thompson,* Deputy Attorney General, for respondent.

No. 526, Misc.   STEWART *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *J. Paul Lowery* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 586, Misc.   ROME *v.* FINCH, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 5th Cir.   Certiorari denied.

No. 597, Misc.   JELINSKI *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Floyd McGown, Jr.,* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 618, Misc.   AYERS *v.* CICCONE, MEDICAL CENTER DIRECTOR.   C. A. 8th Cir.   Certiorari denied.   *Solicitor General Griswold* for respondent.

No. 658, Misc.   LANE *v.* PUCCI ET AL.   C. A. 7th Cir.   Certiorari denied.